

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00554-CV

**MO-VAC COMPANY OF ALICE**,
Appellant

v.

**MICHAEL MYANE LP** d/b/a Pipeline Measurement Co., LP and Michael Myane
Management, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-04-54479-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The reporter's record was due September 11, 2018. On that day, the court reporter responsible for preparing the record filed a notification of late record, requesting an extension of time to file the record by November 1, 2019 – a fifty-one (51) day extension. After review, we **GRANT IN PART AND DENY IN PART** the reporter's request for additional time. Pursuant to Rule 35.3(c), an appellate court may not grant an extension of time to file the clerk's or reporter's record that exceeds thirty days. *See id.* R. 35.3(c). Thus, we grant the reporter a thirty-day extension of time to file the reporter's record, but deny her request for an extension of fifty-one days. We **ORDER** the court reporter to file the record in this court **on or before October 11, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court